UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA REYES-AGUILAR, an individual on behalf of herself and other current and former employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & COMPANY,<br><br>Defendants. | No. 1:19-cv-00403-LJO-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT WELLS FARGO & COMPANY<br><br>(Doc. 12) |

On July 30, 2019, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Wells Fargo & Company without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 12.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

[A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiff filed its notice before Defendant Wells Fargo & Company served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed Defendant Wells Fargo & Company without prejudice and this case has automatically terminated as to that defendant. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Wells Fargo & Company.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated: __**July 31, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE